UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARMANDO HERNANDEZ ZABALZA, | ) | No. ED CV 13-01705-PA (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GREG LEWIS, et al., | ) | |
| Respondents. | ) | |

   Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

   **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:   April 11, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE